IN RE M.R.

(No. 2014–1315—Submitted July 13, 2016—Decided August 23, 2016.)

---

{¶ 1} The judgment of the court of appeals is affirmed as to the holdings regarding due process and double jeopardy on the authority of *In re D.S.*, 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

{¶ 2} The remainder of the appeal is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.* and would order briefing on the issues raised in the remainder of the appeal.

---

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant, M.R.